United States District Court
Southern District of Texas
**ENTERED**
May 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARLOS FABIAN FLORES PONCE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-00948 |
| | § | |
| GRANT DICKEY, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

On February 5, 2026, Petitioner Carlos Fabian Flores Ponce ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his immigration detention. Doc. #1.  On April 10, 2026, Respondents advised the Court that Immigration and Customs Enforcement intended to remove Petitioner from the United States on April 15, 2026.  Doc. #9. Petitioner has not responded to Respondents' Advisory.

The parties are ORDERED to file a status report no later than June 2, 2026, advising whether Petitioner remains in immigration custody or has been removed from the United States.

It is so ORDERED.

MAY 2 8 2026
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge