United States District Court
Southern District of Texas
**ENTERED**
September 03, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARLOS FABIAN FLORES PONCE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-00948 |
| | § | |
| GRANT DICKEY, *et al.*, | § | |
| | § | |
| Respondents. | § | |

# ORDER

On February 5, 2026, Petitioner Carlos Fabian Flores Ponce ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his immigration detention. Doc. #1. According to the record before the Court, Petitioner has been detained by Respondents since October 17, 2025. Doc. #8 at 2. Notably, Petitioner has been under a final order of removal since February 26, 2026. Doc. #9.

On April 10, 2026, Respondents advised the Court that Immigration and Customs Enforcement intended to remove Petitioner from the United States on April 15, 2026. *Id.* On May 28, 2026, having received no further update, the Court ordered the parties to advise whether Petitioner remained in immigration custody or had been removed from the United States. Doc. #13. On June 2, 2026, Respondents informed the Court that Petitioner remained in immigration custody at the Joe Corley Processing Center in Conroe, Texas. Doc. #14. Since then, the Court has not received an update from the parties on Petitioner's status.

Accordingly, Respondents are hereby ORDERED to file a status report no later than September 4, 2026, advising whether Petitioner remains in immigration custody or has been

removed from the United States. If Petitioner remains in custody, Respondents are further ORDERED to show cause no later than September 4, 2026 as to whether Petitioner faces a significant likelihood of removal in the reasonably foreseeable future. *See Zadvydas v. Davis*, 533 U.S. 678, 701 (2001)

It is so ORDERED.

SEP 0 2 2026

Date

The Honorable Alfred H. Bennett
United States District Judge